IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2015 JUL 28 A 10: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Brent Jacoby #291560
Full name and prison number
of plaintiff(s)

v.

Warden Jones, Cpt. Thomas
Nurse Burk, Dr. Peasant
Commissioner Dunn

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:15-CV-543-MHT-WC
(To be supplied by Clerk of
U.S. District Court)

* Jury trial Demanded *
* Injunctive and Monetary Relief *

I.  PREVIOUS LAWSUITS

    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES (✓) NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Brent Jacoby

            Defendant(s) Commissioner Thomas, Warden Carlton
            et al.

        2.  Court (if federal court, name the district; if
            state court, name the county) Middle District of
            Alabama

3. Docket number  15-CV-367

4. Name of judge to whom case was assigned  M.J. Wallace Capel

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  Still pending

6. Approximate date of filing lawsuit  June, 2015

7. Approximate date of disposition  none

II. PLACE OF PRESENT CONFINEMENT  Ventress Corr Fac. 379 Hwy 239 Clayton Al

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  Ventress

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Karla Jones | 379 Hwy 239 |
| 2. | Captain Thomas | Clayton Al 36016 |
| 3. | Nurse Burk | |
| 4. | Dr. Peasant | |
| 5. | Commissioner Dunn | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  6-12-15 — 7-16-2015

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED;

GROUND ONE:  "See Attached."

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_See Attached_

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Order for Warden and Captain to allow inmates to purchase hygiene, stamps, stationary and to Quit locking inmates up for Citations, Violating their Due process rights and only put 1 man in the single man seg Cell & Fix Air System in Cells. Award punitive and compensatory damages against Defendants in Both Capacities and Injunctive Relief. Jury trial Demanded.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  7/16/15
             (Date)

_____
Signature of plaintiff(s)

Verification of Complaint

Brent Snowby, being duly sworn deposes and says that plaintiff is the victim in the above styled complaint and has read the 1983 action and knows the contents of the complaint to be true and correct to the best of his knowledge. This 1983 action was Filed in good faith and not frivolous malicious and he did state many of claims as required under the U.S.C.

7/16/15
_____
Brent Snowby Pro Se

Certificate of Service

I, Brent Snowby, did on this 16th day mail a copy of a 1983 Action to the united States middle district Court by U.S. mail through the Ventress mail system with is located at One Church St. Montgomery AL.
_____

Previous Lawsuits

#2) Jacoby vs Commissioner Dunn, et. al., (M.D. AL 2015) # 15-CV-382   Still pending

#3) Jacoby vs Warden Jones et. al., (M.D. AL 2015) # ?????
Still pending Filed in early June 2015

#4) Jacoby vs Baldwin County et. al., (S.D. AL 2012) 12-CV-0127
lost at Summary Judgement still in Supreme Court

#5) Jacoby vs Baldwin County et. al., (S.D. AL 2012) 12-CV-0366
lost at Summary Judgement Appealed to 11th circuit
Appointed a lawyer "still pending"

#6) Jacoby vs Baldwin County et al (S.D. AL 2012) 12-CV-0640
lost at Summary Judgment, Appealed to 11th Circuit & Appointed
A lawyer, still pending

#7) Jacoby vs Baldwin County et. al., (S.D. AL) 13-CV-0070
Still pending in District Court "Pre Trial Stage"

#8) Jacoby vs Conway (Fischer) et. al., (W.D.N.Y 2011) # 20-CV-0920   Lost at Summary Judgment

#9) Jacoby vs Buncombe City Treatment Court (W.D. N.C. 2008) # 9-CV-304   Dismissed For Failure to State a Claim (Strike 1)

#10) Jacoby vs Mosicki (WDNY 2007) # 07-CV-342 Dismissed For Failure to State A Claim. (Strike #2)

#11) Jacoby vs County of Oneida et al, (NDNY 2005) 05-CV-1254 Settlement out of Court $50000

#12 Jacoby vs Sears et al., (NDNY 2011) # 07-CV-0872, Settled out of Court for $19000

This is a complete list of Court cases to the Best of his Knowledge, & he only has 2 strikes under the P.C.R.A.

## Claims

Ground #1) Inadequate Grievance System & Denied Grievance responses (1st Amendment.)

Supporting Facts) Mr. Jacoby has a right under the 1st Amendment of the U.S.C. to petition the Government for a redress of grievances and under the Prison Litigation Reform act you must exhaust your administraitive remedies in order to File suit.

Evidently the State of Alabama Dept. of Corr. has done away with the Grievance System years ago as No grievance forms exhist at Ventress Corr. Fac., their is no steps you must take in order to exhaust, no grievance officers and or committees exist and thier is no way to prove that inmates either did or did not write Grievances against any person that acts under color of state law (works for the Dept. of Corr.) Commissioner Dunn does not have in place nor does Warden Jones have in place any type of functioning "complaint" and or Grievance system at Ventress prison for inmates to address their problems with staff and to seek relief of their problems. Its as if they are not creating paper trails on purpose so that they can hide all the Constitutional Right Violations going on at Ventress and the whole prison System and increase thier success rates in the courts should inmates try to

Sue them.

However a "medical" Grievance Form exists but the problem with this is you cant get Nurse Administrator Burk nor Dr Peasant to reply to your complaints in writing because they must feel any answer is the wrong answer and to prevent any type of liability for their wrongdoings in the court its just best not to answer.

Mr Jacoby has filled out at least 5 medical Grievance Forms (in regards to the medical claim below) to Nurse Administrator Burk and Dr. Peasant over the past 60 days but not one single response has been given. Mr Jacoby has written at least 15 complaints & a petition on behalf of 30 other inmates complaining of everything below but not one single response has been given to him by Cpt Thomas whom overseer the Segregation Dept. and Warden Jones whom overseer the daily operation of the Jail to make sure all the policys, procedures and rules are being followed.

Mr Jacoby has filed over 100 1983 actions on his behalf and other inmates in N.Y. N.C. and Alabama and every other state has a grievance system, grievance officers, committees and ways to prove you wrote a grievance such as carbon copies, computer printouts and hotlines. He knows you have to exhaust your remedies before you file.

Ground #2) Denied Medical treatment (8th Amendment Cruel and Unusual punishment)

Facts) Late may through mid July, 2015 Mr. Jacoby began to have genital herpes outbreaks. He had about 4 seperate outbreaks in this period and 3 of them were while he was in lock up. He began puting in sick cell slips to try and get some cream and pills to supress the virus and make it go away, heal faster and ease the Itching, Burning, aching Feelings that are associated with the Tiny Blisters that pop on your penis, Buttocks, Anus and pelvic Area.

Roughly 3 or 4 sick cell slips were filled out in this 45 day period and Jacoby was referred to see Dr. Peasant. Jacoby seen him and told him how he had contacted Herpes at the age of 13 from being molested and Raped and he requested to be treated with Accyclovir, Valtrex or Famvir and some cream. Jacoby pulled his pants down and showed him the blisters that were forming on his penis, pelvic and Buttocks. Dr. Peasant tells Jacoby "I don't think that's Herpes And refuser to treat him.

This happend on 2 other occasions in this June-July 2015 time period and Jacoby even had paperwork providing him treatment For herpes and presented it to the medical

staff but Jacoby was still denied medical treatment. Stressful environments and all discriminating, Racist, Retaliatory methods used by Cpt Thomas and Warden Jones has Flat out destroyed Jacoby's mental state and has triggered constant Flareups that have now left scars on Jacoby's body. Dr. present knew Jacoby was in pain and seen the blisters everywhere, but chose to do nothing for him the whole time he was in lock up.

Ground #3) Retaliatory treatment for filing a complaint, petition and Sworn Declaration (1st amendment Free speech, Right to Petition the government and 8th amendment cruel and unusual Punishment)

Supporting Facts) On or about July 8th 2015, Bernard Jamison and Brent Jacoby wrote a Complaint, a petition and had Roughly 30 Inmates sign a Sworn Declaration in regards to Inmates Being Denied Due process by not serving them disciplinary write ups in a timely manner, not writing inmates up period, and not even letting inmates out. Locking people up for citations (such as Jacoby) wich dont even carry disciplinary time and for not allowing inmates to purchase hygiene products stamps and stationary products. Also Mr Jamison Assisted Jacoby with drawing up a motion For A T.R.O. and Injunctive Relief. A copy of all said documents was sent to Warden Jones and to the middle District Court of ALABAMA

on or about July 9th, 2015 with Case # 15-CV-382 on it. In this petion they complained of denial of reading materials, law materials, cleaning supplies, hygiene products, stationary, Disciplinary matters etc. etc. Unsafe environments and nobody responding to complaints.

The very next day Warden Jones, Cpt Thomas, Cpt Harris and some visiting Drunk woman whom is a Warden at Fountain (Intoxicated on something) came through B-1 and Just started messing with inmates for no reason, taking Belongings, tossing personal property and started confiscating things such as pillows, thick matts, clothes etc. etc.

Warden Jones stated "Yall write me up wanting all these priviledges but you don't know how to Act". Mr. Jacoby then said he'd like to talk to Warden Jones and she said "not right now" "I don't have time for you". Jacoby then said "When are you gonna let me out" and "Why are you violating our rights" She "sucked her teeth and rolled her eyes" and Jacoby held up his citation and said "this is Bullshit" "You don't Listen" "This is why you got so many problems now"

Warden Jones then told Jacoby get up your going to a lock up cell. Warden Jones Cpt Harris, Thomas and the Intoxicated Visiting Warden From Fountain escorted Jacoby to medical for a Body chart. Jacoby asked what he is being charged with and how much time she was giving him and she said "It doesn't matter why" and "Your never getting out." When Jacoby got back to the cell he was going to all his personal property and state issued sheets and clothes were gone. Warden Jones and Cpt. Thomas took a inmate accussed of stabing and jumping another inmate out of D-3 cell and put Jacoby in there with nothing! Since he has been in the cell he still has not been allowed to purchase any hygiene

Items, stamps, stationary and been given sheets, clothes or a towel. Jacoby stated he was gonna sue them again and "they laughed" and stated "I don't care" and "So what".

Ground #4) Unsafe and sanitary Housing conditions which deprives you of Lifes Basic Necessities.

Facts) Jacoby went to lock up for no Authorized reasons under the Dept. Of. Corr. Rules and Regulations per the 403 manual on June 12th 2015. Warden Jones and Cpt Thomas have made it their duty to deprive inmates as well as Jacoby of Lifes Basic Necesities Wich serve no penological interests in wich were done for punitive Reasons- outside the Disciplinary process and the 403 manual. Since June 1st 2015 up till the day this claim was Filed No Inmate including Jacoby in the segregation B-1 unit have been able to purchase hygiene products, stamps, stationary, get Reading Books (Periodicals-Period) and check out Law Materials From the law Library. Mr Jacoby has been Forced to sell Food off his Meal trays to get stamps so he can write Family and the courts and has been to sleep many of nights hungry.

Inmates are getting robbed, beat up and stabed in the B-1 Lock up unit over hygiene products, stamps and Stationary because warden Jones and Cpt. Thomas are depriving them of their rights to purchase this stuff. Its a constant Hostile environment because its very hot, they cant get out of lock up even though the D.O.C. Rules and Regulations Require them to be released and because of not having cosmetics, stamps, stationary, access to reading materials and law materials and cleaning supplies.

The stentch and atmosphere in this Dorm is like living in a concentration camp due to lack of hygiene and cleaning supplies. Jacoby ended up catching some type of rash, fungus,

And or Ring Worm on his Butt Cheeks, thighs and stomach. It spread so Bad that the Dr didnt even know what it was. Jacoby was in constant discomfort, pain and wanted to Itch from this Fungus growing on him. This Rash started Bleeding and pissing and got to the point where Jacoby Litterally couldnt even sit on his butt for about 10 days. Dr pessant had to put him a Buopsy on or About July 1st Just to Figure out what it was and sew Jacoby back together. The Skin Sample was sent to the lab and it was determined to be a Fungus/ ringworm due to Living in dirty environments. Medication was given and he was told not to Itch and scratch despite the pain so that it could heal and not spread.

Mr Jacoby is now in a Cell for retaliatory reasons with no functioning Air Flow. He doesnt know if the Air vent is spossed to Blow or Suck in Air as it does nothing. D-3 is where he was put. He has not even had recreation and sits in this cell 24 hours a day with no Periodicals, Sheets, hygiene products Clothes, stamps and access to cleaning supplies. He sweats 24 hours a day and has to reuse the Clothes over and over again that he wore into the cell.

On or About July 13th 2015 Jacoby was moved to B-6, segregation Cell where he shares it with another inmate (white Gay male) whom is in the same situation as him except the water doesnt work in this cell cause the Buttons are Jamed, the window doesnt open nor close cause there isnt a window knob on it, the air duct doesnt work and he has no property or hygien as well because his stuff was stolen. Stephen Tucker wrote complaints as well But nothing is being done.

Both Jacoby and Tucker have both wrote complaints Begging for Assistance but nobody is helping them.

Both Jacoby and Tucker had to get a Food Cart Server to sneak them paper, envelopes, stamps through a cool officer just to be able to write people. Cpt Thomas and Warden Jones just won't allow for them to buy anything period even though the rules they signed told them they were allowed to order this stuff, get law materials and go out to recreation daily. They don't even have a disciplinary write up. Those cells are only built for 1 inmate not two but Warden Jones made 16 double bunk cells out of the 30 that are here by adding a bed to these cells when she took over back in Feb. 2015. These cells are no bigger than 8 x by 10 feet.

Jacoby lives in fear of not knowing who's gonna beat him up, never getting out and her constant anxiety from being trapped in this closed environment. He can barely breath and fears this will never end.

Grounds # 5) Due process violations (14th Amendment. Denied Due process)

On or about June 12th Jacoby was locked up in B-1 for no disciplinary infraction. Just a citation and has been in lockup for 36 days now and can't get out even though D.O.C Policy does not permit you to be locked up for citations. On July 9th 2015 Jacoby went to a lock up cell without any type of disciplinary. A officer brought him paperwork with someone else signature on it and 9 days later on the 16th of July 2015 he had some more paperwork brought with 2013 showing as the date it was served on him. Administration is playing games with him and

Wont let him know why he's in lock up, when his hearing is and or when he's gonna get out. The 72 hour has expired for him to be served anything!

Respectfully Submitted.

Brent Wigley Pro Se
7-26-15

NAME Brent Hickey AIS # 291860 DORM # B-6
**VENTRESS CORRECTIONAL FACILITY**
P.O. BOX 767 379 Hwy 239
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS LAW LIBRARY
*Legal Mail*

United States Middle District Court
100 Church St
Montgomery AL 36104

US POSTAGE $000.925
JUL 22 2015
MAILED FROM ZIP CODE 36016
PITNEY BOWES
02 1P 0000832179