IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BRENT JACOBY,               )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )        2:15cv543-MHT
                            )           (WO)
WARDEN JONES, et al.,       )
                            )
     Defendants.            )

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that defendant prison officials at the Ventress Correctional Facility violated his rights by subjecting him to unconstitutional prison conditions, denying him due process, retaliating against him for exercising his First Amendment rights, failing to protect him from assault, and setting him up to be assaulted by another inmate. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. There are no objections to the

recommendation. After an independent and de novo review of the record, and as there are no objections to the recommendation, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of September, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE