IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRENT JACOBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv543-MHT |
| ) | (WO) |
| WARDEN JONES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that plaintiff's motions to reconsider the dismissal of this case for failure to serve timely a notice of appeal or a response to the magistrate judge's recommendation (doc. nos. 53 & 54) are denied. This case was not dismissed for failure to file a response to the recommendation, and plaintiff timely filed a notice of appeal.

DONE, this the 12th day of August, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE